UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LUIS INGA AND CARMEN INGA,

                Plaintiffs,

-against-

90 CHURCH STREET LIMITED PARTNERSHIP, AJ GOLDSTEIN & CO., ALAN KASMAN DBA KASCO, ALAN L. MERRIL, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BETTY JEAN GRANQUIST, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOSTON PROPERTIES, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CAROL GAYNOR TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., FRED GOLDSTEIN, GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC., IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LUNCH & CO, INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN, ET AL,

                Defendants.

---------------------------------------------------------------X

Case No 07CV4474

ECF

**NOTICE OF APPEARANCE**

            To the Clerk of this Court and all parties of record:

Enter the appearance of the undersigned as counsel in this case for defendants, Carol Gaynor as Trustee of The Carol Gaynor Trust, Natalie S. Lebow as Trustee of the Jerry P. Lebow Family Trust, Pamela Beth Klein and Rowan K. Klein as Trustees of The Pamela and Rowan Klein Trust, Fred Goldstein, Margaret G. Waters, Marguerite K. Lewis and William A. Goldstein as Trustees under Last Will and Testament of Louis W. Goldstein i/s/h/a Marguerite K. Lewis as Trustee Under the Last Will and Testament of Louis W. Goldstein, Harold G. Goldstein and Idell Goldstein as Trustees Under Declaration of Trust i/s/h/a Harold G. Goldstein as Trustee Under a Declaration of Trust and Idell Goldstein as Trustee Under Declaration of Trust, Alan L. Merril and A.J. Goldstein & Co., Inc. i/s/h/a AJ Goldstein & Co.

The undersigned certifies that she is admitted to practice in this Court.

Dated: Mineola, New York
       July 11, 2007

            HAVKINS ROSENFELD RITZERT &
            VARRIALE, LLP

By: _____
      Gail L. Ritzert (GR6120)
Attorneys for Defendants
CAROL GAYNOR AS TRUSTEE OF THE CAROL GAYNOR TRUST, NATALIE S. LEBOW AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN AND ROWAN K. KLEIN AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST, FRED GOLDSTEIN, MARGARET G. WATERS, MARGUERITE K. LEWIS AND WILLIAM A. GOLDSTEIN AS TRUSTEES UNDER LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN I/S/H/A MARGUERITE K. LEWIS AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HAROLD G. GOLDSTEIN AND IDELL GOLDSTEIN AS TRUSTEES UNDER DECLARATION OF TRUST I/S/H/A HAROLD G. GOLDSTEIN AS TRUSTEE UNDER A DECLARATION OF TRUST AND IDELL GOLDSTEIN AS TRUSTEE UNDER DECLARATION OF TRUST, ALAN L. MERRIL AND A.J. GOLDSTEIN & CO., INC. I/S/H/A AJ GOLDSTEIN & CO.
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 471-1900

01123212

3