UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Case No 07 cv 4474
LUIS INGA AND CARMEN INGA,                                                    ECF

                          Plaintiffs,                          **RULE 7.1 CORPORATE**
                                                                **DISCLOSURE**
    -against-                                                             **STATEMENT**

90 CHURCH STREET LIMITED PARTNERSHIP, AJ
GOLDSTEIN & CO., ALAN KASMAN DBA KASCO, ALAN L.
MERRIL, AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BETTY JEAN
GRANQUIST, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CAROL GAYNOR TRUST,
CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR
TRUST, CAROL MERRIL GAYNOR, ENVIROTECH CLEAN
AIR, INC., FGP 90 WEST STREET INCE., FRED GOLDSTEIN,
GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND
GAYNOR, AS TRUSTEE UNDER A DECLARATION OF
TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM, AS
TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF
LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL
GROUP, LLC., IDELL GOLDSTEIN, AS TRUSTEE UNDER
DECLARATION OF TRUST, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., KIBEL COMPANIES, MARGARET G. WATERS,
MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST
WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN,
MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN
FAMILY, MERRILL LUNCH & CO, INC., NATALIE S.
LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW
REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF
THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH
KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN
TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA
AND ROWAN KLEIN, ET AL,

                          Defendants.
-------------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1 defendants, Carol Gaynor as Trustee of The Carol Gaynor

Trust, Natalie S. Lebow as Trustee of the Jerry P. Lebow Family Trust, Pamela Beth Klein and

Rowan K. Klein as Trustees of The Pamela and Rowan Klein Trust, Fred Goldstein, Margaret G. Waters, Marguerite K. Lewis and William A. Goldstein as Trustees under Last Will and Testament of Louis W. Goldstein i/s/h/a Marguerite K. Lewis as Trustee Under the Last Will and Testament of Louis W. Goldstein, Harold G. Goldstein and Idell Goldstein as Trustees Under Declaration of Trust i/s/h/a Harold G. Goldstein as Trustee Under a Declaration of Trust and Idell Goldstein as Trustee Under Declaration of Trust, Alan L. Merril and A.J. Goldstein & Co., Inc. i/s/h/a AJ Goldstein & Co., state that they do not have parent corporations and no publicly held corporation owns 10% or more of their stock.

Dated: Mineola, New York
       July 11, 2007

                            HAVKINS ROSENFELD RITZERT &
                            VARRIALE, LLP

By: _____
     Gail L. Ritzert (GR6120)
Attorneys for Defendants
CAROL GAYNOR AS TRUSTEE OF THE CAROL GAYNOR TRUST, NATALIE S. LEBOW AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN AND ROWAN K. KLEIN AS TRUSTEES OF THE PAMELA AND ROWAN KLEIN TRUST, FRED GOLDSTEIN, MARGARET G. WATERS, MARGUERITE K. LEWIS AND WILLIAM A. GOLDSTEIN AS TRUSTEES UNDER LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN I/S/H/A MARGUERITE K. LEWIS AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HAROLD G. GOLDSTEIN AND IDELL GOLDSTEIN AS TRUSTEES UNDER DECLARATION OF TRUST I/S/H/A HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST AND IDELL GOLDSTEIN AS TRUSTEE UNDER DECLARATION OF TRUST, ALAN L. MERRIL AND A.J. GOLDSTEIN & CO., INC. I/S/H/A AJ GOLDSTEIN & CO.
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 471-1900

01123238