UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   07CV4474 (AKH)
LUIS INGA,

                    Plaintiffs,

   - against –

                                  ANSWER

                    Defendants.

------------------------------------------------------------------------X

90 CHURCH STREET LIMITED PARTNERSHIP,
AJ GOLDSTEIN & CO., ALAN KASMAN DBA KASCO,
ALAN L. MERRIL, AMBIENT GROUP, INC., BATTERY PARK
CITY AUTHORITY, BELFOR USA GROUP, INC., BETTY JEAN
GRANQUIST, BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CAROL GAYNOR TRUST, CAROL GAYNOR AS
TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL MERRIL
GAYNOR, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC.,
FRED GOLDSTEIN, GPS ENVIRONMENTAL CONSULTANTS, INC.,
HARLAND GAYNOR, AS TRUSTEE OF UNDER A DECLARATION
OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE
UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN,
HILLMAN ENVIRONMENTAL GROUP, LLC., IDELL GOLDSTEIN,
AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., KIBEL COMPANIES, MARGARET G. WATERS,
MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN,
AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO., INC.,
NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP
LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE
OF THE JERRY P. LEBOW FAMILY TRUST, PAMELA BETH KLEIN,
AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST,

ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYLVIA R. GOLDSTEIN, VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK INC., VERIZON PROPERTIES, INC., WESTON SOLUTIONS, INC., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)