```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
IN RE: WORLD TRADE CENTER LOWER                         :      21 MC 102 (AKH)
MANHATTAN DISASTER SITE                                 :
LITIGATION                                              :      ECF CASE
                                                        :
                                                        :
------------------------------------------------------- X
                                                        :
THIS DOCUMENT APPLIES TO ALL                            :      **PROPOSED ORDER**
CASES IN THE WORLD TRADE CENTER                         :
LOWER MANHATTAN DISASTER SITE                           :
LITIGATION IN WHICH FGP 90 WEST                         :
STREET, INC. IS A DEFENDANT                             :
------------------------------------------------------- X

Upon the motion of Keara M. Gordon attorney for defendant FGP 90 West Street, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Robert J. Mathias
> DLA Piper US LLP
> 6225 Smith Avenue
> Baltimore, MD 21209
> Telephone: (410) 580-4209
> Facsimile: (410) 580-3209
> Email address: robert.mathias@dlapiper.com

is admitted to practice *pro hac vice* as counsel for the above named defendant in the above

captioned case and all related cases in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. Counsel shall forward the *pro hac*

*vice* fee to the Clerk of Court.

Dated: August __, 2007
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Court