

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                  :

IN RE: WORLD TRADE CENTER LOWER  :         21 MC 102 (AKH)
MANHATTAN DISASTER SITE         :
LITIGATION                         :           ECF CASE
                                  :

-------------------------------------------------------- X
                                  :

THIS DOCUMENT APPLIES TO ALL CASES :      **NOTICE OF MOTION FOR**
IN THE WORLD TRADE CENTER LOWER  :      ***PRO HAC VICE* ADMISSION OF**
MANHATTAN DISASTER SITE         :      **ROBERT J. MATHIAS, ESQ**.
LITIGATION IN WHICH FGP 90 WEST    :
STREET, INC. IS A DEFENDANT        :
-------------------------------------------------------- X

        PLEASE TAKE NOTICE that, upon the accompanying declaration of Keara M. Gordon,

a member of the bar of this Court, together with the supporting declaration of Robert J. Mathias

and the attachments thereto, the undersigned will move this Court, pursuant to Local Civil Rule

1.3(c), before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom

14D of the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time

to be determined by the court, for an order in the form accompanying this motion granting the

admission *pro hac vice* of Robert J. Mathias, Esq. as counsel for the defendant FGP 90 West

Street, Inc. in this action and granting such other and further relief as the Court may deem just

and proper.

Dated:     August 23 2007
            New York, New York

                                     *Keara Gordon*
                                     Keara M. Gordon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
                                                          :
IN RE: WORLD TRADE CENTER LOWER :                           21 MC 102 (AKH)
MANHATTAN          DISASTER        SITE :
LITIGATION                               :                  ECF CASE
                                                          :
--------------------------------------------------------- X
                                                          :
THIS   DOCUMENT    APPLIES   TO   ALL :
CASES IN THE WORLD TRADE CENTER :
LOWER   MANHATTAN   DISASTER   SITE :
LITIGATION  IN  WHICH  FGP  90  WEST :
STREET, INC. IS A DEFENDANT           :
--------------------------------------------------------- X

## DECLARATION OF KEARA M. GORDON.

Pursuant to 28 U.S.C. § 1746, Keara M. Gordon declares:

1.     I am an attorney admitted to practice in this Court and am a member of

DLA Piper US LLP, counsel for defendant FGP 90 West Street, Inc. in this action.  I make this

declaration in support of the motion for admission *pro hac vice* of my colleague Robert J.

Mathias.

2.     Mr. Mathias is a partner based in the Baltimore office of DLA Piper.  As set forth

in his accompanying declaration, he is a member in good standing of the Bar of the State of

Maryland and the District of Columbia, among other courts.  There are no pending disciplinary

proceedings against Mr. Mathias in any State or Federal court.

3.     I know Mr. Mathias to be of outstanding moral character, and I respectfully move

for his admission to practice before the Court for the instant matter.

4.    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:    August 23, 2007
          New York, New York

Keara M. Gordon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                               :

IN RE: WORLD TRADE CENTER LOWER   :          21 MC 102 (AKH)
MANHATTAN DISASTER SITE           :
LITIGATION                           :            ECF CASE
                                               :
------------------------------------------------------- X
                                               :

THIS DOCUMENT APPLIES TO ALL      :
CASES IN THE WORLD TRADE CENTER  :
LOWER MANHATTAN DISASTER SITE    :
LITIGATION IN WHICH FGP 90 WEST    :
STREET, INC. IS A DEFENDANT       :
------------------------------------------------------- X

## DECLARATION OF ROBERT J. MATHIAS

Pursuant to 28 U.S.C. § 1746, ROBERT J. MATHIAS declares:

      1.     I am an attorney admitted to practice in the courts of Maryland and the

District of Columbia and a member of DLA Piper US LLP, counsel to defendant FGP 90 West

Street, Inc. in the above captioned action. I make this declaration in support of the motion for

my admission *pro hac vice* in this litigation pursuant to the Court's Local Civil Rule 1.3(c).

      2.     I am a member in good standing of the Bar of the State of Maryland and of

the District of Columbia. There are no pending disciplinary proceedings against me in any State

or Federal court.

      3.     Attached hereto as Exhibit 1 is a true and correct copy of a certificate of

my good standing that was issued within the past thirty days by the Court of Appeals of

Maryland.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a certificate of

my good standing that was issued within the past thirty days by the District of Columbia Court of

Appeals.

5.    My business address is:

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000 (Telephone)
(410) 580-3001 (Facsimile)

Under penalty of perjury, I declare that the foregoing is true and correct this

21st day of August, 2007.

_____

Robert J. Mathias

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of November, 1980,*

### Robert Joseph Mathias

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourteenth day of August, 2007.*

*Clerk of the Court of Appeals of Maryland*



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Robert J. Mathias

---

was on the    8th    day of    January, 1993

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
15, 2007.

GARLAND PINKSTON, JR., CLERK

By:    _____
                Deputy Clerk

## CERTIFICATE OF SERVICE

I, Rachel A. Gupta, hereby certify that on August 28, 2007, I caused a true and correct copy of FGP 90 West Street, Inc.'s Notice of Motion for Pro Hac Vice Admission of Robert J. Mathias, Esq., with supporting documents to be served by First Class Mail upon:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

Robin Wertheimer, Esq.
Wertheimer Associates, P.C.
225 Broadway
New York, New York 10007

In addition, I hereby certify that on the same day, the motion with supporting papers referenced above was served upon counsel for defendants via electronic mail:

Rachel A. Gupta