UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
-----------------------------------------------------------------X
LUIS INGA AND CARMEN INGA,              : 07-CV-04474-AKH
:
                Plaintiffs,       :
: **APPEARANCE**
  - against -                          :
:
90 CHURCH STREET                        : **ELECTRONICALLY FILED**
LIMITED PARTNERSHIP, *et al.*,          :
:
                Defendants.       :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                         By:     /s/ Judith R. Cohen
                                              _____
                                              Judith R. Cohen (JC-8614)
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Phone: (212) 277-6500
                                              Fax: (212) 277-6501

                                              *Attorney for Defendant*
                                              MERRILL LYNCH & CO., INC.

DOCSNY-271526v01