William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)


_____X

LUIS INGA (AND WIFE, CARMEN INGA)

                                                  **NOTICE OF THE
                                                  BROOKFIELD
                          V.                      PARTIES' ADOPTION OF
                                                  AMENDED ANSWER
                                                  TO MASTER
                                                  COMPLAINT**

90 CHURCH STREET LIMITED PARTNERSHIP,
ET. AL.,                                          CASE NUMBER: (AKH)
                                                  07 CV 4474

_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., WFP Tower D Co. L.P. and WFP Tower D

Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 22 2007

                                        Faust, Goetz, Schenker & Blee, LLP

                                        By: William J. Smith (WJS-9137)
                                        Attorneys for the Brookfield Parties
                                        Two Rector Street, 20th Floor
                                        New York, NY 10006
                                        (212) 363-6900