Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

LUIS INGA (AND WIFE, CARMEN INGA),            Index No.: 07-CV-4474

                        Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER
                                              TO MASTER COMPLAINT**

        -against-                             **ELECTRONICALLY FILED**

233 BROADWAY OWNERS, LLC, *ET. AL.,*

                        Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a

GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for

its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

        WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL

RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       January 8, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              GENERAL REINSURANCE CORP. i/s/h/a
                              GENERAL RE SERVICES CORP.

                              By:
                                 Richard E. Leff (RL-2123)
                                 80 Broad Street, 23rd Floor
                                 New York, New York 10004
                                 (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel