Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

LUIS INGA (AND WIFE, CARMEN INGA),   Index No.: 07-CV-4474

      Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

 -against-

               **ELECTRONICALLY FILED**

233 BROADWAY OWNERS, LLC, *et al.*,

      Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 3, 2008

>  Yours etc.,
>
>  McGIVNEY & KLUGER, P.C.
>  Attorneys for Defendant
>  BROWN BROTHERS HARRIMAN & CO., i/s/h/a
>  BROWN BROTHERS HARRIMAN & CO., INC.
>
>  By: _____
>  Richard E. Leff (RL-2123)
>  80 Broad Street, 23rd Floor
>  New York, New York 10004
>  (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
     Plaintiffs Liaison
     In Re Lower Manhattan Disaster Site
     Litigation
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267-3700

     All Defense Counsel