UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER       21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
LUIS INGA and wife CARMEN INGA

                         Plaintiffs,      Index No.: 07 cv 4474

      -against-

                                                 **NOTICE OF**
TRINITY REAL ESTATE, et al.,                         **APPEARANCE**

                         Defendants.       **ELECTRONICALLY**
-----------------------------------------------------------------x       **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Trinity Real Estate".**

I certify that I am admitted to practice in this court.

Dated:       New York, New York
              January 23, 2008

                                        LONDON FISCHER LLP
                    By:     _____
                                        Gillian Hines Kost (GK-2880)
                                        59 Maiden Lane
                                        New York, New York 10038
                                        Phone: (212) 972-1000
                                        Fax: (212) 972-1030

                                        *Attorney for Defendants*
                                        **The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Trinity Real Estate".**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance