UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
:
:
------------------------------------------------------------- X
:
LUIS INGA (AND WIFE, CARMEN INGA), : 07-CV-04474 (AKH)
:
      Plaintiff, :
:
-against- :
:
90 CHURCH STREET LIMITED PARTNERSHIP, :
AJ GOLDSTEIN & CO., ALAN KASMAN D/B/A : **FGP 90 WEST STREET,**
KASCO, ALAN L. MERRIL, AMBIENT GROUP, : **INC.'S NOTICE OF**
INC., BATTERY PARK CITY AUTHORITY, : **ADOPTION OF ANSWER TO**
BELFOR USA GROUP, INC., BETTY JEAN : **MASTER COMPLAINT**
GRANQUIST, BLACKMON-MOORING- :
STEAMATIC CATASTROPHE, INC. D/B/A BMS :
CAT, BOSTON PROPERTIES, BOSTON :
PROPERTIES, INC., BROOKFIELD FINANCIAL :
PROPERTIES, LP, BROOKFIELD PARTNERS, :
LP, BROOKFIELD PROPERTIES :
CORPORATION, BROOKFIELD PROPERTIES :
HOLDINGS INC., CAROL GAYNOR TRUST, :
CAROL GAYNOR, CAROL MERRIL GAYNOR, :
ENVIROTECH CLEAN AIR, INC., FGP 90 WEST :
STREET, INC., FRED GOLDSTEIN, :
GPS ENVIRONMENTAL CONSULTANTS, INC., :
HARLAND GAYNOR, HAROLD G. GOLDSTEIN, :
HILLMAN ENVIRONMENTAL GROUP, LLC, :
IDELL GOLDSTEIN, INDOOR :
ENVIRONMENTAL TECHNOLOGY INC., :
KASCO RESTORATION SERVICES CO., KIBEL :
COMPANIES, MARGARET G. WATERS, :
MARGUERITE K. LEWIS, MATTHEW A. :
GELBIN, :
:
:
:

NEWY1\8158338.1

```
MERRILL LYNCH & CO. INC, NATALIE S.            :
LEBOW, PAMELA BETH KLEIN, ROWAN K.             :
KLEIN, RUTH G. LEBOW, SHIRLEY                  :
SHOCKLEY, STRUCTURE TONE (UK), INC.,           :
STRUCTURE TONE GLOBAL SERVICES, INC.,          :
SYLVIA R. GOLDSTEIN, TISHMAN                   :
CONSTRUCTION CORPORATION OF NEW                :
YORK, TISHMAN SPEYER PROPERTIES,               :
VERIZON COMMUNICATIONS, INC., VERIZON          :
NEW YORK, INC., VERIZON PROPERTIES, INC.,      :
WESTON SOLUTIONS, INC, WFP TOWER B             :
HOLDING CO. I L.P., WFP TOWER B HOLDING        :
CO. II L.P., WFP TOWER D CO. G.P. CORP., WFP   :
TOWER D HOLDING 1 G.P. CORP., WFP TOWER        :
D CO., L.P.                                    :
                                               :
                              Defendants.      :
----------------------------------------------- X
```

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
February 6, 2008

By:     s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*

NEWY1\8158338.1